# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

Glenn Austin Rippley
Plaintiff(s)

vs.

united states steel corporation
Granite city works, 1951 State street
Granite city, Il. 62024

C.E.O.
registered agent: Mario Longhi,
600 Grant st, Pittsburg, Pennsylvania, 15219

Case Number: 16-cv-49-MJR-SCW
(To be supplied by Clerk's Office)

## EMPLOYMENT DISCRIMINATION COMPLAINT

Plaintiff brings a complaint against united states steel Granitecity works (DBA) united states steel emergency services (and) [defendant(s)] for discrimination as set forth below Illinois Enviromental Protection agency.

Plaintiff ☒ DOES ○ DOES NOT demand a jury trial.

## I. PARTIES

Name and Address of Plaintiff: Glenn Austin Rippley, PO Box 1953, St Louis, Mo. 63118

Name and Address of Defendant(s) united states steel corp. Granite city works (or) (DBA) united states steel, 1951 State street, Granite city, Il. 62040, (registered agent, Mario Longhi, 600 Grant street, Pittsburg, Pennsylvania, 15219) DOS ID #2733163
Phone # 618-451-3458 and

Illinois Enviromental Protection agency, 1021 N. Grand ave. East, PO Box 19276, Springfield, Il. 62794-9276
Phone # 217-782-3397 and 888-372-1996

(Rev. 4/2010) -1-

The plaintiff was:

☒ denied employment by the defendant(s).

◯ hired and is still employed by the defendant(s).

◯ employed but is no longer employed by the defendant(s).

The alleged discrimination began on or about: 10/1/2014 to 7/30/2015 (give month, day, and year).

## II. JURISDICTION

1. Jurisdiction over this claim is based on 28 U.S.C. § 1331. Plaintiff alleges that the defendant(s) discriminated against Plaintiff because of Plaintiff's:

    ☐ Sex (Title VII of the Civil Rights Act of 1967, as amended, 42 U.S.C. § 2000e-5)

    ☒ Race (Title VII of the Civil Rights Act of 1967, as amended, 42 U.S.C. § 2000e-5, and/or 42 U.S.C. § 1981)

    ☐ Age (The Age Discrimination in Employment Act, 29 U.S.C. § 621)

    ☐ Disability (The Americans with Disabilities Act, 42 U.S.C. § 12101 and/or The Rehabilitation Act, 29 U.S.C. § 701)

    ☐ National Origin (Title VII of the Civil Rights Act of 1967, as amended, 42 U.S.C. § 2000e-5)

    ☐ Religion (Title VII of the Civil Rights Act of 1967, as amended, 42 U.S.C. § 2000e-5)

    ☒ Other (list): Retaliation for previous whistle Blowing, discovery of illegal toxic dumping and burial of Hazardous materials and Pollution of air, water, Ozone layer;

2. Plaintiff ☒ Has ◯ Has Not filed a charge before the United States Equal Employment Opportunity Commission (EEOC) relating to this claim of employment discrimination. ✶ [Attach a copy of charge to this complaint]. ✶

    Plaintiff ☒ Has ◯ Has Not filed a charge before the Illinois Department of Human Rights relating to this claim of employment discrimination. [Attach a copy of charge to this complaint].

3. Plaintiff's Right to Sue Notice from the EEOC was received on or about 10/23/2015 (date). [Attach a copy of Notice of Right to Sue to this complaint].

(Rev. 4/2010) -2-

"Count I"

## III. STATEMENT OF LEGAL CLAIM

Plaintiff is entitled to relief in this action because: united states steel emergency services did Fabricate and falsify reports to discriminatorily bar plaintiff from employment at Granite city, Il. facility and to cover up violations of illegal dumping of hazardous waste, on railroad land leased by Granite city United states steel facility. I, Proof, Burden of proof, and presumptions The due process clauses of the Fifth and Fourteenth amendments "[Protect] the accused against convictions except upon proof beyond a reasonable doubt of every fact necessary to constitute the crime with wich he is charged. (US constitution) (Amendment XIV) Count I on the Basis of his race in the following aspects; See attatched sheets;

## IV. FACTS IN SUPPORT OF CLAIM

State here briefly and clearly as possible the essential facts of your claim. Take time to organize your statement. You may use numbered paragraphs if you find it helpful. Describe precisely how each defendant in this action is involved. Give dates and places. Concentrate on describing as clearly and simply as possible the employment practice you allege to be illegal and how it discriminated against you. It is not necessary to make legal arguments or cite any cases or statutes. In most circumstances, this only makes your claim difficult to understand. As much as possible, let the facts speak for themselves.

a coworker seeking to replace my employment position with them selves Filed a false report of vandalism to their personal vehicle and used deceptive reasoning to Influence security Guards to question, Judge and execute Punishment with out any proof or Due process of law to reject my right to freely enter United states steel property and work for a subcontractor Matrix doing repair work on machinery, thus Causing Employer Matrix to terminate employment because of Failure to be accounted Present and My not being able to show up for my assigned work schedule, Causing loss of employment amounting to large sums of work wages and health pension and welfare. Also this served united states steel emergency services purpose of stopping me from examining the hidden construction trash being burried on the railroads land. A good discovery will show if coworkers car was damaged some where else such as a revealing car fax or insurance claim or Police report or maybe when the car was purchased it was already damaged, all these possibilities could have happened on a past date before myself being accused of vandalisim.

## V. RELIEF YOU REQUEST

Based on the foregoing, Plaintiff seeks the following relief: (check below what you want the court to do for you – make as many checks as you like, and use additional sheets, if necessary).



- [x] An award of back pay
- [x] Reinstatement to Plaintiff's old position
- [x] Costs of suit (but not attorney fees)
- [x] An award of money damages
- [x] Other (explain below)

Signed on: 1/15/16 (date)

PO Box 1953
Street Address

St Louis, Mo. 63118
City, State, Zip

Signature of Petitioner: Glenn Rippley

Printed Name: Glenn Rippley

Signature of Attorney (if any): ____

(Rev. 4/2010)

-4-

after thousands of my own dollars contributed to all involved to ensure an up keep of emotional strengh in all employees to be at their utmost positive and most productive efforts a small group of jealous individuals opperating out of pride instead of good common sense for the welfare of the company's best intrest but their own selfish pride has lead me to this attempt to reach out in hopes that there is a higher wisdom present in this great corporation. I have till January 20, 2016 to finish this legal action. I Pray Jesus Guide my hands and a common God show it's Presense.

## "Count I" (Race Black a Protected class)

(A) defendants did use retalitory actions in and illegal manor by falsifiing reports and Conspireing as a whole to bar Plaintiff from work income to cause and inflict harm, because of plaintiffs race Black

(B) Executive order 11478 Prohibits employment discrimination based on race by federal contractors performing under federally assisted Construction contracts

(C) civil rights act of 1964 - CRA - Title VII - Equal Employment opportunit 42 US Code chapter 21 for whistle blowers & retaliation, in that Public and private employers and any person for opposing any practice forbbiden by statute or for making a charge, testifying, assisting or Participating in a proceeding under the statute, The civil rights act of 19 expanded the damages available to title VII cases and granted Title VII plaintiffs the right to Jury trial and Political discrimination under 42 U.S.C. § 1983 and 42 U.S.C. § 2000e, et seq., and this court has subject matter jurisdiction pursuant to 28 USC § 13 Due to Teamster local 525 practices and Participation, or due to the lack of participation.

1/15/16

"Coun II" "Conspiracy to Polute"

### III. STATEMENT OF LEGAL CLAIM

Plaintiff is entitled to relief in this action because: Illinois eviromental protection agency has continualy and purposely neglected their federal and state assigned duties to inspect, test and document all entities engaged in the creation of polutants, large scale Burnning of waist, concealing hidden illegal dumpin of Construction hazardous wastes. IEPA has so conspired with united states steel Granite city works, to hide dangerous atmospheric and ground water and underground toxic polutants endangering All people, Animals and ozone layer. united states v. Electrochemical companty, Inc. (ECI), CR-92-231-01 (M.D. Pa. 1992

### IV. FACTS IN SUPPORT OF CLAIM

State here briefly and clearly as possible the essential facts of your claim. Take time to organize your statement. You may use numbered paragraphs if you find it helpful. Describe precisely how each defendant in this action is involved. Give dates and places. Concentrate on describing as clearly and simply as possible the employment practice you allege to be illegal and how it discriminated against you. It is not necessary to make legal arguments or cite any cases or statutes. In most circumstances, this only makes your claim difficult to understand. As much as possible, let the facts speak for themselves. Plaintiff was observed by United states st

(A) emergency services examining the dumping of construction garbage steel bands, Timber, Boards, unmarked Boxes and containers Partialy empty, large unknown Items, trash of all sorts, Paper, cardboard, broken tools large and small, Some were chemical bottles but they appeared to be empty. On a daily basis trash was accumulated and steelmill slag and dirt and other steel making bebre was dumped and cover by a buldozier that was left on site for that purpose, I would examine the illegal landfill about every 3 days or 2. I could be seen from a distance in a Bus with the head lights on.

(B) I also observed United states steel emergency services supervising the intentio Burning and pouring of steel making debre in molten super heated liquid o the top of other steelmill trash that was instantly consumed in fire and super exhaust rising high into the atmosphere and raining down all types of dust and s like splinters resembling asbestos particles found 5 miles or more away on prope and cars ect. I would have to close all buss and truck windows to avoid in of rock like glass like shiney particles. I and many other employees are sick al time while employed, by toxic fumes and harmful Gases being burnt and bu (See attatched sheets) since being subjected to these polutants. now use an asthmatic inhaler prescriptio

(Rev. 4/2010)

-3-

# "Count II" "Conspiracy to Polute"

(C) all surrounding areas are carring this unknown polution home to their children and Grandchildren not to mention all the people and Judges here in this federal building. united states steel continualy burns polutants 24 hours a day by piping hazardous materials into 2 train tankers no doubt releasing toxahts and quite possibly ozone destroyers.

(D) wast generated by household activities is exempt from state regulations under s. 289.43(5),

(E.) waste from building demolition is not from normal household activities and is regulated by state law, s. NR 500.08(2)(a). Wis adm. Code

[exit DNR]

(F) united states steel Granite city works is illegaly dumping Garbage in and on leased railroad land.

(G) since there is railroad tracts present with in the illegal dump site there is the Possibillity of the railroad participating by transporting tons of other trash to this illegal landfill. but of course that is speculation, surely the railroad can see trash being burried on their land.